COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-128-CV

 

IN RE EDMOND HOYT POWELL                                                 RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that it does not have
jurisdiction to consider relator=s
complaint.  Accordingly, relator=s
petition for writ of mandamus is dismissed for want of jurisdiction.

 

PER CURIAM

 

 

PANEL: 
LIVINGSTON, DAUPHINOT, and MCCOY, JJ.

 

DELIVERED: 
May 28, 2009











     [1]See
Tex. R. App. P. 47.4.